52 A.3d 1200

Willie **STOKES**, Petitioner

v.

**COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.**

**No. 95 EM 2012.**

Supreme Court of Pennsylvania.

Aug. 23, 2012.

## *ORDER*

PER CURIAM.

**AND NOW,** this 23rd day of August, 2012, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**